UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FT. WAYNE DIVISION

| | |
|---|---|
| Robert Kim, | : |
| Plaintiff, | : Civil Action No.: 1:14-cv-00312-JD-SLC |
| v. | : |
| Cellco Partnership, d/b/a Verizon Wireless, | : |
| Defendant/Third-Party Plaintiff, | : |
| v. | : |
| Tosha Tarter, | : |
| Third-Party Defendant. | : |

## THIRD-PARTY DEFENDANT'S MOTION
## TO DISMISS THIRD-PARTY COMPLAINT

Third-Party Defendant, Tosha Tarter ("Tarter"), by and through undersigned counsel, hereby moves the Court to dismiss Defendant, Cellco Partnership d/b/a Verizon Wireless' ("Verizon"), third-party complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.

Third-Party Defendant respectfully requests that the Court dismiss this action and award her all appropriate attorneys' fees and costs.

Dated: June 1, 2015                                Respectfully submitted,

By   /s/ Amy L. Cueller
     Amy L. Cueller, Esq.
     LEMBERG LAW, LLC
     1100 Summer Street, 3rd Floor
     Stamford, CT 06905
     Telephone: (203) 653-2250 ext. 5524
     Facsimile:  (203) 653-3424
     Email: acueller@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2015, a true and correct copy of the foregoing was filed with the Clerk of the Court which sent notice of such filing to the following.

William J. Anaya, Esq.
Elizabeth A. Thompson, Esq.
ARNSTEIN & LEHR LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606-3910

By: /s/ Amy L. Cueller
Amy L. Cueller, Esq.